■ Billy Green, Jr., Respondent, v Simon Property Group, Inc., et al., Appellants, et al., Defendants. E.W. Howell Co., LLC, Third-Party Plaintiff-Respondent, v Metropolitan Construction Systems, Inc., Third-Party Defendant-Appellant. (And Other Third-Party Actions.) [54 NYS3d 287]—Appeals having been taken to this Court by the above-named appellant from orders of the Supreme Court, New York County (Joan M. Kenney, J.), entered on or about January 5, 2017, and on or about January 24, 2017, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 9, 2017, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.

■ The People of the State of New York, Respondent, v Kirk Skilling, Appellant. [54 NYS3d 288]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County, rendered October 24, 2012 (Richard Carruthers, J.), and May 27, 2014 (Charles Solomon, J.), said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.